FILED'07 AUG 28 11:30 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ERNA E.N. BOLDT,**                                              07-CV-0008-PK

        **Plaintiff,**                                         ORDER

v.

**HARDY MYERS, BRENDA DURBIN, and CRAIG ROBERTS,**

        **Defendants.**

**ERNA E.N. BOLDT**
20160 E. Sunrae Dr
Sandy, OR 97055
(503) 343-9552

        Plaintiff, *Pro Se*

**HARDY MYERS**
Attorney General
**ELIZABETH K. ENGBERG**
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 378-6313

        Attorneys for Defendants

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#33) on July 6, 2007, in which he recommended the Court grant Defendant Hardy Myers's Motion to Dismiss (#6) with prejudice, grant the Motion to Dismiss (#18) of Defendants Brenda Durbin and Craig Roberts with prejudice, and deny Plaintiff Erna E. N. Boldt's Motion for Default Judgment (#13) against Defendant Roberts.  Plaintiff filed timely objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

Plaintiff's Objections generally reiterate the arguments contained in her Response brief.  The Court has carefully considered Plaintiff's objections and concludes they do not provide a basis to modify the Findings and Recommendation.  This Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#33) and, accordingly **GRANTS** Defendant Hardy Myers's Motion to Dismiss (#6) **with prejudice**, **GRANTS** the Motion to Dismiss (#18) of Defendants Brenda Durbin and Craig Roberts **with prejudice**, and **DENIES** Plaintiff Erna E. N. Boldt's Motion for Default Judgment (#13) as to Defendant Roberts.

IT IS SO ORDERED.

DATED this 27th day of August, 2007.

_____
ANNA J. BROWN
United States District Judge